UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BREMER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 15-cv-01895-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 55 |

Upon review of the joint case management conference statement, and in light of the pending motion to dismiss, the case management conference scheduled for October 1, 2015 is continued to December 10, 2015 at 1:30 p.m.; an updated joint case management statement shall be filed by December 3, 2015.  The ENE referral remains in place.

**IT IS SO ORDERED.**

Dated: September 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge